## Fourth Department, June, 1945.

### (June 27, 1945.)

Newton H. Reid, Appellant, v. City of Fulton, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (The order grants defendant's motion to dismiss plaintiff's complaint in an action to compel specific performance.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [181 Misc. 711.]

The Matter of the Probate of the Will of Wilhelmina Hoppe, Deceased. Calvary Baptist Church et al., Appellants; August Hoppe et al., Respondents. — Decree reversed on the facts, with one bill of costs to the appellants payable out of the estate, and a new trial granted on the ground that the verdict is against the weight of the evidence. All concur. (The decree admits a will to probate.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

In the Matter of the Probate of the Will of Wilhelmina Hoppe, Deceased. August Hoppe et al., Appellants; Gerhardt S. Kiesow, Attorney in Fact for August Hoppe et al., Respondent.— Decree affirmed, without costs of this appeal to any party. All concur. (The decree authorizes the filing of powers of attorney for foreign legatees.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

In the Matter of Lewis A. Toan, Appellant, against Village of Perry, Respondent.— Order reversed on the law and facts, without costs of this appeal to either party, report of Official Referee confirmed, and order granted for the relief prayed for in the petition, without costs. Memorandum: The evidence establishes the sufficiency of the water supply and that petitioner can be supplied without danger or harm to the residents of the Village of Perry. Under those circumstances the refusal to serve petitioner was arbitrary. (Village Law, § 224; *People ex rel. Hilliker* v. *Pierce*, 64 Misc. 627; *Matter of Dexter Sulphite Pulp & P. Co.* v. *Shaver*, 183 Misc. 275.) All concur, except Taylor, P. J., and Harris, J., who dissent and vote for affirmance. (The order dismisses petitioner's application for a mandamus order to compel defendant to furnish to petitioner water for irrigation purposes.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

Azalee Willis et al., Appellants, v. Burnel Patterson et al., Respondents. — Judgment affirmed, without costs of this appeal to any party. All concur, except Dowling and Love, JJ., who dissent and vote for reversal and for judgment for the plaintiff as demanded in the complaint. (The judgment dismisses plaintiffs' complaint in an action to set aside a conveyance.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

The People of the State of New York, Respondent, v. Joseph V. Augello and Bernard Berman, Appellants.— Motion to add supplemental record granted. Judgments of conviction and orders affirmed. All concur, except Dowling, J., who dissents and votes for reversal and for granting a new trial as to both defendants on the authority of *People* v. *Schleiman* (197 N. Y. 383), *People* v. *Cummings* (274 N. Y. 336), *People* v. *Hicks* (287 N. Y. 165) and *People* v. *Moran* (246 N. Y. 100). (The judgments convict defendants of the crime of murder, first degree, with recommendation for life imprisonment. The orders deny defendants' motions for a new trial.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.